IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER ETHAN DUDOSH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | NO. 13-6190 |

O R D E R

AND NOW, this 16th day of December, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant Acting Commissioner's Response thereto, and Plaintiff's Reply Brief, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby ORDERED that:

      1. The Report and Recommendation is APPROVED and ADOPTED;

      2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter.

BY THE COURT:

s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE